# EXHIBIT "A"

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-----------------------------------------------------------------X
S & SHARON INC. and 1874 S&P CORP.,

                        Plaintiffs,

     -against-

  AMGUARD INSURANCE COMPANY.

                         Defendant.
-----------------------------------------------------------------X

Index No.

**SUMMONS**

Plaintiff's Address:
1874 E. 27TH Street
Brooklyn, NY 11229

*The basis of the venue designated is:*
Plaintiff's Address

**YOU ARE HEREBY SUMMONED** to answer the Complaint in this action and to serve a copy of your Answer on the Plaintiff's attorneys within twenty (20) days after the service of this summons, exclusive of the day of service or within thirty (30) days after the service is complete if this summons is not personally delivered to you within the State of New York and in case of your failure to Answer, judgment will be taken against you by default for the relief demanded in the annexed Complaint with interest from the date the cause of action arose, costs, disbursements and attorneys fees.

Dated: New York, New York
         April 2, 2025

                                **MOLOD SPITZ & DeSANTIS, P.C.**
                                Attorneys for Plaintiffs

                By: _____
                                JACK GLANZBERG, ESQ.
                                1430 Broadway, 21st Floor
                                NEW YORK, NY 10018
                                Tel: (646) 627-7181
                                Fax: (212) 869-4242
                                Our File No.: JMNY-7028
                                jglanzberg@molodspitz.com

TO:

AMGUARD INSURANCE COMPANY
39 Public Square
PO Box AH
Wilkes-Barre, PA 18703

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-------------------------------------------------------------------X
S & SHARON INC. and 1874 S&P CORP.,

                                Plaintiffs,         Index No.

       -against-                             **COMPLAINT**

AMGUARD INSURANCE COMPANY.

                                Defendant.
-------------------------------------------------------------------X

Plaintiffs, by their attorneys, MOLOD SPITZ & DeSANTIS, P.C., as and for their Complaint, herein allege upon information and belief as follows:

1. At all times hereinafter mentioned, Plaintiff S & SHARON INC. was and still is a corporation duly existing and operating under and by virtue of the laws of the State of New York, and maintains an address of 1874 E. 28th Street, Brooklyn, NY 11229.

2. At all times hereinafter mentioned, Plaintiff 1874 S&P CORP. was and still is a corporation duly existing and operating under and by virtue of the laws of the State of New York, and maintains an address of 1874 E. 28th Street, Brooklyn, NY 11229.

3. At all times hereinafter mentioned, S & SHARON INC. and/or 1874 S&P CORP. maintained an ownership interest and/or insurable interest in the property located at 1874 E. 28th Street, Brooklyn, NY 11229 ("subject premises").

4. At all times hereinafter mentioned, Tvita Cohen was and still is the sole owner, president, principle and/or member of both S & SHARON INC. and 1874 S&P CORP.

5. At all times hereinafter mentioned, Defendant AMGUARD INSURANCE COMPANY was and still is a corporation authorized, licensed, admitted and/or engaged in the business of

providing insurance and being an insurer in the State of New York, and is located at 39 Public Square, PO Box AH, Wilkes-Barre, PA 18703.

6. At all times hereinafter mentioned, Defendant was and is authorized by the Department of Financial Services of the State of New York to engage in the business of insurance in the State of New York and to issue policies of insurance including the policy herein sued upon.

**AS AND FOR A FIRST CAUSE OF ACTION**
**(Reformation)**

7. On or about March 31, 2024, Defendant made, issued and/or renewed to Plaintiff(s) for good and valuable consideration a certain policy of insurance bearing policy number ▓▓▓▓▓▓▓▓▓ wherein and whereby Defendant did insure Plaintiff(s) and the subject premises. (the "Policy")

8. That due to an innocent mistake on the part of one or both parties, the policy inadvertently did not identify 1874 S&P CORP as the named insured.

9. That Defendant intended to cover Plaintiffs and the subject premises when the Policy was issued.

10. That Defendant intended to cover Plaintiffs and the subject premises at the time of the loss.

11. That Defendant would have accepted the risk of insuring the subject premises had the policy been issued with 1874 S&P CORP as the named insured.

12. As a result of the foregoing, Plaintiffs are entitled to reformation of the Policy to properly identify 1874 S&P CORP as the named insured thereunder.

13. As such, Plaintiffs seek an order from this Court reforming the Policy to identify the 1874 S&P CORP as the named insured thereunder.

## AS AND FOR A SECOND CAUSE OF ACTION
### (Breach of Policy/Contract)

14. Plaintiff(s) repeats, reiterates and realleges each and every allegation contained in paragraphs 1 through 13 hereof, inclusive, with the same force and effect as though the same were more fully set forth herein.

15. That on or about July 17, 2024, while said policy was in full force and effect, Plaintiff(s) suffered a loss by a covered peril of the property insured by Defendant.

16. That as a result of the loss, Plaintiff(s) sustained at least $186,574.78 in dwelling damage, $16,390.50 in emergency mitigation, $14,525.00 in personal property damage, as well as loss of rental income and/or additional living expenses in an amount to be determined at trial.

17. To date, Defendant has only remitted payment to Plaintiff(s) in the amount of $27,981.53.

18. Defendant has declined to fully indemnify Plaintiff(s) for the loss sustained although claim has been duly made and all conditions of the policy have been met.

19. As a result of Defendant's breach of contract, Plaintiff(s) has sustained damages in the sum of at least $189,508.75, with interest from July 17, 2024.

**WHEREFORE,** it is respectfully requested that this Court issue an Order:

a. On the First Cause of Action, granting reformation of the Policy to identify 1874 S&P CORP as the named insured;

b. On the Second Cause of Action, granting Plaintiffs a judgment against Defendant in the sum of at least $189,508.75, with interest from July 17, 2024; and

c. For such other and further relief as this Court may deem just and proper, including costs and disbursements of this action.

Dated: New York, New York
April 2, 2025

**MOLOD SPITZ & DeSANTIS, P.C.**

Attorneys for Plaintiffs

By: _____
JACK GLANZBERG, ESQ.
1430 Broadway, 21st Floor
NEW YORK, NY 10018
Tel: (646) 627-7181
Fax: (212) 869-4242
jglanzberg@molodspitz.com
Our File No.: JMNY-7028

5



**NEW YORK STATE OF OPPORTUNITY. | Department of Financial Services**

KATHY HOCHUL
Governor

ADRIENNE A. HARRIS
Superintendent

STATE OF NEW YORK
Supreme Court, County Of Kings

S & Sharon Inc and 1874 S&P Corp　　　　　　　　　　　　　　　　　511074/2025
　　　　　　　　　　　　　　　　　　　　　　　　　Plaintiff(s)

against

　　　　　　　　　　　　　　　　　　　　　　　　　Defendant(s)

AmGUARD Insurance Company

RE : AmGUARD Insurance Company

Attorney for Plaintiff(s) and Defendant(s) please take notice as follows:

Attorney for Plaintiff(s) is hereby advised of acknowledgement of service upon this Department Summons and Complaint Notice of Electronic Filing in the above entitled action on April 11, 2025 at Albany, New York. The $40.00 fee is also acknowledged.

Original to Attorney for Plaintiff(s):

　　Molod Spits & DeSantis P.C.
　　1430 Broadway, 21st Floor
　　New York, New York 10018

Pursuant to the requirement of section 1212 of the Insurance Law, Defendant(s) is hereby notified of service as effected above. A copy of the paper is enclosed.

Duplicate to Defendant:

　　Brian Henes
　　AmGUARD Insurance Company
　　39 Public Square
　　Wilkes-Barre, Pennsylvania 18701

　　　　　　　　　　　　　　　　　　　　　　　　Rawle Lewis
　　　　　　　　　　　　　　　　　　　　　　　　Director of Producer Licensing

Dated Albany, New York, April 17, 2025
770457　　　　　　　　alic0phd