# GLANZBERG LAW FIRM, PLLC

**Attorneys at Law**
420 S. Riverside Avenue, #240
Croton on Hudson, NY 10520
(718) 569-7757
Jack@glanzlaw.com

AUGUST 6, 2025

<u>Via ECF Only</u>
Magistrate Judge Joseph A. Marutollo
Eastern District of New York
Courtroom 11A South
225 Cadman Plaza East
Brooklyn, NY 11201

Re: S & Sharon Inc. and 1874 S&P Corp. v. Amguard Ins. Co.

Docket No. 25-cv-2623(PKC)(JAM)

Dear Judge Marutollo:

As you know, the undersigned represents the Plaintiffs in the above-referenced matter. Please allow the following to serve as the parties Joint Status Report as directed by your Honor's July 8, 2025, Minute Entry.

An inspection of the insured premises is scheduled for August 12, 2025, following which the parties anticipate engaging in settlement negotiations. If the matter cannot be resolved, the parties anticipate completing fact discovery by the present deadline of October 31, 2025.

Thank you for your time and attention to this matter.

Very truly yours,

By: ___*Jack Glanzberg*___
Jack Glanzberg, Esq.

Cc:

Yale Glazer, Esq.
Lazare Potter Giacovas & Moyle LLP
*Attorneys for Defendant*