UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

S & SHARON INC. and 1874 S&P CORP.,

               Plaintiffs,             Docket No.: 25 CV 2623

      - against -             **STIPULATION OF DISMISSAL WITH PREJUDICE**

AMGUARD INSURANCE COMPANY,

               Defendant.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the parties to the above-entitled action, that all claims are hereby dismissed with prejudice, without costs, attorneys' fees or disbursements to any party against any other.  This stipulation may be filed with the Clerk of the Court without further notice.

Dated: New York, New York
      August __30_, 2025

| | |
|---|---|
| LAZARE POTTER GIACOVAS & MOYLE LLP | GLANZBERG LAW FIRM, PLLC |
| By: _____ | By: _____ |
| Yale Glazer | Jack Glanzberg |
| 747 Third Avenue, 16th Floor | 420 S. Riverside Avenue, #240 |
| New York, New York 10017 | Croton On Hudson, New York 10520 |
| (212) 758-9300 | (718) 569-7757 |
| Attorneys for Defendant | Attorneys for Plaintiffs |